

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Alan Nelson Crotts **V.** John F. Healey, Jr. and Jeff Strange

Appellate case number:   01-15-00076-CV

Trial court case number: 14-DCV-217232

Trial court:             268th District Court of Fort Bend County

Date motion filed:       October 12, 2015

Party filing motion:     Appellant, Alan Nelson Crotts

　　　It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
　　　　　　　　　　☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Brown


Date: November 17, 2015